**Order entered December 5, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00927-CV

**JASON MICHAEL SPENCER, Appellant**

**V.**

**DEXTRAL CAPITAL, LP, A DELAWARE LIMITED PARTNERSHIP AND DEXTRAL CAPITAL MANAGEMENT FUND, LP, A DELAWARE LIMITED PARTNERSHIP, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-15530**

## ORDER

The Court **GRANTS** court reporter Vielica Dobbins's December 2, 2013 request for extension of time to file record and **ORDERS** the reporter's record be filed no later than January 7, 2014. No further extensions will be granted absent exigent circumstances.


        /s/      ELIZABETH LANG-MIERS
                JUSTICE